17-C-1377
U.S. DISTRICT COURT
EASTERN DISTRICT
FILED
2017 OCT 11 A 10:10
STEPHEN C. DRIES
CLERK

THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF WISCONSIN

KELVIN GOODWIN
7145 Kathryn Avenue
Milwaukee, WI 53218
    Plaintiff

v.

TEAMSTERS "GENERAL" LOCAL UNION NO. 200
6200 West Bluemound road, Milwaukee, WI 53213
    Defendant

The Plaintiff is a citizen of the Wisconsin and resides at 7145 Kathryn Ave, Milwaukee, WI 53218. The Defendant is a public corporation of Milwaukee, TEAMSTERS "GENERAL" LOCAL UNION NO. 200, 6200 West Bluemound road, Milwaukee, WI 53213.

## KELVIN GOODWIN'S WORK ETHIC

On May 6, 2014, until October 15, 2015, the Plaintiff, African-American, was hired and worked for US Foods as a delivery driver in the Milwaukee division. The division that is represented by the Teamster "General" Local Union NO. 200 (the union white), I was on time, only missed two days and received a excellent evaluation. I have always demonstrated positive attitude, excellent customer service skills, excellent decision-making and problem-solving skills. I can be counted on to adapt to rapid change and adverse condition with dedication to achieve results. As a US Foods delivery driver I followed all the policy and procedures.

## STATEMENT OF CLAIM

On July 10, 2015, I went into the defendant's office to file a grievance. Because US Foods had violated the Collective Bargaining Agreement Article 8. During the investigation of the incidents and in the meeting, I accepted and relied on the misrepresentation as the truth.
The Defendant made false representation and did not fairly represent the Plaintiff.
The Defendant representation knew of the false misrepresentation.
The defendant intended to deceive me because we never seen any emails.
The union failed to advocate on my behalf by the breaching of the Collective-Bargaining Agreement and the grievance process and the investigation of the incidents. The Defendant did not follow through with It's obligation to fairly represent me the Plaintiff.

All of the customer complaints were false, in fact found to have no merit, I have received information from all of the supposedly customer, they have said in their response four to eight time have no knowledge of the complaint and or did not know nothing about it. The Defendant did not fight to make it right, the Defendant knew this was a bad deal, but the defendant assisted I signed the Last Chance Agreement. Only to set up the agreement to set up two more false complaint. I told the Defendant, that I had some discrimination papers for US foods and the defendant said:

"No, If you turn the discrimination paper in, they are not going to hire you back".

The Defendant harmed me because my Race. The defendant did not investigate the incidents, the union breached its duty to fairly represent me my interest and the Collective-Bargaining Agreement. The defendant was acting in an arbitrary or discriminatory manner when the defendant failed to act honestly and in good faith.

## JURISDICTION

I am suing for a violation of federal law under 28 U.S.C. 1331. The Federal Court should decide my case because the Defendant is involved in violation of the federal level and Statute.
The Defendant, violated my Title VII of Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. 2000 d and 2000e, the Civil Rights Act of 1991. Sections B 1985 (3) and 1986. The Seniority system is protected by Title VII Civil Rights Act of 1964, sec. 2000-2[section 703].

## RELIEF

The Plaintiff seeks: (1.) compensatory damages for pain and suffering, physical and emotional distress, and past and future economic losses; (2.) declaratory relief that the defendant's discrimination practices are unlawful; (3.) an injunction prohibiting the Defendant from engaging in discriminatory practices; (4.) lost wages and benefits; (5.) pre-and-post judgement interest, costs, and consulting and advising fees; and (6.) Exceptional letter to me and in my file (7.) any other relief deemed just and proper.

## JURY DEMAND

Yes, I want a jury to hear my case.

I declare under penalty of perjury that the foregoing is true and correct.

Plaintiff signed this 11th day of October 2017.


Respectfully Submitted,

*Kelvin Goodwin*
KELVIN, GOODWIN
(414)388-6485
markelgoodwin462@gmail.com