# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

KELVIN GOODWIN,
    Plaintiff,

    v.          Case No. 17-CV-1377

TEAMSTERS GENERAL LOCAL UNION NO. 200 and
JEFF BANDUR,
    Defendants.

☒ **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the remaining defendants and against the plaintiff on the plaintiff's action.

The defendants' motion for judgment on the pleadings is **GRANTED.**

This action is hereby **DISMISSED**.

Date: April 23, 2018

    Stephen C. Dries, Clerk of Court
    EASTERN DISTRICT OF WISCONSIN
    (By) Deputy Clerk, s/ Linda M. Zik

    Approved this 23rd day of April, 2018.

    */s/ William E. Duffin*
    WILLIAM E. DUFFIN
    United States Magistrate Judge